### FIRST TRUST & SAVINGS BANK v. SMIETANKA, Internal Revenue Collector.

(Circuit Court of Appeals, Seventh Circuit. October 5, 1920.)

#### No. 2767.

In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois.

Action by the First Trust & Savings Bank, trustee under the agreement of John H. Barker, deceased, against Julius F. Smietanka, as Collector of Internal Revenue for the First District of Illinois. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

Walter Jacobs, of Chicago, Ill., for plaintiff in error.
Charles F. Clyne, of Chicago, Ill., for defendant in error.

Before BAKER and ALSCHULER, Circuit Judges, and FITZHENRY, District Judge.

BAKER, Circuit Judge. This is an action by plaintiff in error to recover income taxes assessed under the Internal Revenue Act of October 3, 1913 (38 Stat. 167), and paid under protest. After the court had sustained a general demurrer to the declaration, plaintiff in error declined to plead further, and thereupon judgment for costs was entered.

In a similar case between the same parties, involving another trust estate, No. 2743, 268 Fed. 230, herewith decided, the statute is set forth, and the reasons given why the ruling and action of the Treasury Department cannot be upheld.

The judgment is reversed, and the cause remanded for further proceedings in consonance with this opinion.